# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

**In the Matter of**:                 }
                                      }     Case No. 10-04977
Karen Chestang                        }
                                      }     Chapter 13
                                      }
**Debtor(s)**                         }

## Motion To Approve Sale of Property

COME NOW Debtor(s), by and through the undersigned Counsel and file this Motion Approve Sale of Property, and in support thereof state as follows:

1. Debtor(s), Karen Chestang, commenced this case on October 25, 2010 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Chapter 13 plan was confirmed on March 4, 2011 with plan payments of $480,00 per month for 60 months with 100% going to general unsecured creditors.

2. Debtor listed a property and mobile home, which were paid for at the time of filing worth approximately $10,000.

3. Debtor proposes to sell the Property located at 1335 Denny St. Mount Vernon, Alabama 36560 to Victor and Jessica Rivers in a cash transaction in the amount of $6,000.

4. The purchase price is less than the original $10,000 due to the condition of the mobile home. The mobile home needs a new roof, sections of siding are in need of replacement, skirting needs replacement, several windows need to be replaced, forty percent of interior walls need to be replaced, twenty percent of the roof framing needs to be replaced, the felt and insulation beneath the trailer needs to be replaced, all remaining walls need to be painted, twenty percent of the interior ceiling board needs to be repaired, eight percent of interior power outlets and switches need to be replaced, several section of eve trim and facial board need to be replaced and the front porch is in need of repair.

5. The Debtor prays that this Honorable Court will approve the sale of the property allow her to keep $2,000 of her $5,000 homestead exemption and pay the remaining $4,000 into the Bankruptcy estate to pay her bankruptcy down.

6. The Debtor requests a hearing on this matter.

Wherefore, debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

**WHEREFORE**, premises considered, the Debtors pray this Court grant the Motion to Approve Sale of Property, as well as all other and further relief as this Court deems Just and proper.

Respectfully Submitted,

/s/ Stephen L. Klimjack  
STEPHEN L. KLIMJACK (KLI005)  
Stephen L. Klimjack, LLC  
1306 Government Street  
Mobile, AL 36604  
(251) 694-0600  
(251) 694-0611 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on this the April 25, 2014, a copy of the foregoing Motion was served upon the Trustee, John C. McAleer, III via the Bankruptcy Court Electronic Filing System, and by first class United States mail, postage prepaid, upon the following:

/s/Stephen L. Klimjack  
STEPHEN L. KLIMJACK